**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00996-CV

### DOME RESOURCES, INC., Appellant

### V.

### TEXAS LAND & PETROLEUM COMPANY, LLC, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03027-2011**

## ORDER

Before the Court is appellant's August 28, 2013 motion for an extension of time to pay the clerk's fee. Appellant informs the Court that the parties have reached a settlement and are in the process of finalizing settlement papers. Accordingly, we treat appellant's motion as a motion to abate the appeal. We **GRANT** the motion. This appeal is **ABATED** for thirty days and all deadlines are suspended. We **ORDER** appellant to file, **within thirty days of the date of this order**, either a motion to dismiss the appeal or a status report of the settlement proceedings.

/s/      DAVID LEWIS
         JUSTICE